**Dated: July 28, 2006**
**The following is ORDERED:**



                                                Tom R. Cornish
                                   UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:
HARVEY RAYMOND MULLINGS           Case No. 06-80164
PHYLLIS KAY MULLINGS               Chapter 13

                Debtors.

### ORDER NUNC PRO TUNC

This Order is entered to correct an error in the Order entered on July 26, 2006. The Order awarded Mr. Abbott compensation in this case in the amount of $1,500.00. The ruling should have reflected that Mr. Abbott is awarded compensation in this case in the amount of $2,000.00.

                                        ###

EOD 7/28/06 by cc